IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GWENDOLYN DUNNING                                                                            PLAINTIFF

vs.                                              Civil No. 10-cv-1002

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                              DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed January 11, 2011, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. (Doc. 11). Judge Setser recommends reversing the decision of the administrative law judge and remanding the case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The decision of the administrative law judge is **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 2nd day of February, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge